UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X

In the Matter of

Francis K. Decker,

an Attorney and Counselor-at-Law.

Respondent.

-------------------------------------------X

MC-07-408 (BMC)

ORDER

An order having been entered in the Supreme Court of the State of New York, Appellate Division, FIRST Judicial Department, accepting resignation (disciplinary) of and removing respondent from the roll of attorney's in the State of New York,

IT IS ORDERED, pursuant to Local Rule 1.5 that respondent's name be stricken from the Roll of Attorneys of this Court. This order shall become effective 24 days after the date of service upon said attorney unless otherwise modified or stayed.

The docketing clerk is directed to mail a copy of the within to respondent and to close the within action without prejudice to reopening the matter upon application of respondent.

SO ORDERED.

Dated: Brooklyn, New York
Oct 11, 2007

s/Hon. Brian M. Cogan
_____
Brian M. Cogan, USDJ
Chairman of the Committee on
Grievances, E.D.N.Y.